

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00430-CR

San Juan **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR3674
Honorable Kevin M. O'Connell, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED December 12, 2018.

_____
Irene Rios, Justice